UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LORENA VELASQUEZ,
JOHAN A. VELASQUEZ,

                Plaintiffs,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------X

For Online Publication Only

**ORDER**
22-CV-6777(JMA)

FILED
CLERK
3:26 pm, Jan 18, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

The Court's records reflect that the fee-paid complaint in this action was filed on November 7, 2022 and a summons has been issued. (ECF Nos. 1-2.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Service upon the defendant shall be made at: Office of the Regional Chief Counsel, Region VII, Social Security Administration, Richard Bolling Federal Building, 601 E. 12th Street, Room 965, Kansas City, MO 64106-2898; Commissioner of Social Security c/o Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530; and Commissioner of Social Security c/o United States Attorney, 271 Cadman Plaza East, Brooklyn, NY 11201. *See* Fed. R. Civ. P. 4(i); Code of Fed. Reg., § 423.1. **Plaintiffs shall serve the defendant on or before February 6, 2023 and shall then promptly file a return of service. Plaintiffs are warned that a failure to timely serve the defendant, absent a showing of good cause, will lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to**

**Federal Rules of Civil Procedure 4(m) and 41(b).** Plaintiffs are encouraged to consult the free resources available at the Pro Se Legal Assistance Program run by Hofstra Law School with any questions about service of process by e-mailing PSLAP@hofstra.edu or calling 631-297-2575.

**SO ORDERED**.

Dated: January 18, 2023  /s/ (JMA)
Central Islip, New York   JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE